IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01585-REB-BNB

BABOLAT VS NORTH AMERICA, a Colorado corporation,

Plaintiff,

v.

RONALD BUCELL, an individual d/b/a THE TENNIS SPOT,

Defendant.

---

## ORDER

---

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **December 21, 2005**, the parties shall file a motion for

permanent injunction and for order adopting the settlement agreement as an order of the court.

Dated December 7, 2005.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge