IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-01585-REB-BNB

BABOLAT VS NORTH AMERICA, INC., a Colorado Corporation,

       Plaintiff,

v.

RONALD BUCELL, an individual d/b/a THE TENNIS SPOT,

       Defendant.

## ORDER OF PERMANENT INJUNCTION

The parties to this action have stipulated to the facts set out in the following paragraphs numbered 1 through 12:

1.    This action arises under the Lanham Act, 15 U.S.C. § 1051 et seq. This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331, 1338, and 1367(a).

2.    The Court has personal jurisdiction of all parties to this action, and the parties acknowledge the jurisdiction of this Court to enter and enforce this Order of Permanent Injunction.

3.    Founded in Lyon, France in 1875, Babolat VS is a producer of tennis equipment and accessories. Since at least as early as the mid-1970s, BABOLAT-branded tennis equipment and accessories have been sold in retail outlets throughout the United States, including major sporting goods chains, independently owned sporting goods stores, and tennis pro shops.

4. Babolat VS owns two United States registrations for the BABOLAT trademark: Registration No. 1,327,202 for racquet strings and Registration No. 2,802,279 for, among other things, racquets for tennis and shoes. Plaintiff Babolat VS North America, Inc. ("Babolat") is a licensee of Babolat VS and has the exclusive right to use the BABOLAT mark on products sold in the United States.

5. In the United States, Babolat sells BABOLAT-branded tennis racquets and shoes only through authorized distributors and dealers.

6. Defendant Ronald Bucell, an individual d/b/a The Tennis Spot ("Defendant"), is not an authorized distributor or reseller of BABOLAT tennis racquets.

7. Defendant has purchased BABOLAT-branded tennis racquets for resale in the United States and has sold them without authorization from Babolat.

8. Retail sale of BABOLAT racquets by Defendant voids the manufacturer's warranty, because Defendant is not an authorized Babolat dealer.

9. The tennis racquets sold by Defendant under the BABOLAT trademark are not original as they differ materially from those racquets authorized by Babolat for sale in the United States because they do not carry a one-year manufacturer's warranty. As a result of the lack of manufacturer's warranty, consumers who purchase BABOLAT-branded tennis racquets from Defendant do not receive the same bundle of goods as those who purchase authorized (or "original") BABOLAT-branded tennis racquets from authorized dealers.

10.     Defendant has expressly represented on his Internet website, located at the domain names www.thetennisspot.net, www.tennisspot.net, and www.tennisspot.com that the BABOLAT racquets he sold carried a manufacturer's warranty.

11.     Babolat alleges in this lawsuit that these actions by Defendant constitute: (a) federal trademark infringement in violation of Section 32 of the Trademark Act, as amended, 15 U.S.C. § 1114(1); (b) unfair competition, false designation of origin, and false representations of fact within the meaning of Section 43(a) of the Trademark Act, as amended 15 U.S.C. § 1125(a); (c) deceptive trade practices in violation of Colo. Rev. Stat. § 6-1-105; and (d) common law unfair competition.

12.     Based on these stipulated facts and allegations, Defendant Ronald Bucell, an individual d/b/a The Tennis Spot has consented to the following PERMANENT INJUNCTION against him:

### **PERMANENT INJUNCTION**

It is ORDERED that the Defendant Ronald Bucell, an individual d/b/a The Tennis Spot, his agents, servants, and employees, and any other entities owned, in whole or in part, or controlled by Ronald Bucell, and all others aiding, abetting, or acting in concert or active participation therewith, shall be immediately and permanently enjoined and restrained from:

1.     Purchasing for resale BABOLAT tennis racquets and/or shoes;

2.     Directly or indirectly offering for sale or selling BABOLAT tennis racquets and/or shoes; and

3. Performing any acts that are likely to lead the public to believe that Defendant is an authorized Babolat dealer or that products offered or sold by Defendant are covered by Babolat's manufacturer's warranty.

It is further ORDERED that within ten (10) days of the entry of this Order, Defendant Ronald Bucell, an individual d/b/a The Tennis Spot, identify in writing to Babolat VS North America, Inc. the sources from which he has purchased BABOLAT tennis racquets for resale.

It is further ORDERED that within ten (10) days of the entry of this Order, Defendant Ronald Bucell, an individual d/b/a The Tennis Spot, pay Babolat VS North America, Inc. Eight Thousand Dollars ($8,000.00) in unspecified damages.

It is further ORDERED that this case is closed.

Dated January 4, 2006, at Denver, Colorado.

    s/Robert E. Blackburn_____
    Robert E. Blackburn
    United States District Judge

The undersigned consent to entry of this Order of Permanent Injunction.

Date: 1/4/06                           /s/ Andrea Anderson
                                       Donald A. Degnan
                                       Andrea Anderson
                                       HOLLAND & HART LLP
                                       1800 Broadway, Suite 300
                                       Boulder, Colorado  80302
                                       Telephone:  303-473-2700
                                       Facsimile:   303-473-2720

                                       **ATTORNEYS FOR PLAINTIFF**
                                       **BABOLAT VS NORTH AMERICA, INC.**


Date: 1/3/06                           /s/ William P. Boyle
                                       Franklin D. Patterson
                                       William P. Boyle
                                       Patterson, Nuss & Seymour, P.C.
                                       304 Inverness Way South, Suite 305
                                       Englewood, Colorado 80112
                                       Telephone:  303-741-4539
                                       Facsimile:   303-741-5043

                                       **ATTORNEYS FOR DEFENDANT**
                                       **RONALD BUCELL**

05-cv-01585_Babolat_Order of Stipulated Permanent Injunction.doc