IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1585-REB-BNB

BABOLAT VS NORTH AMERICA, INC., a Colorado Corporation,

   Plaintiff,

v.

RONALD BUCELL, an individual d/b/a THE TENNIS SPOT,

   Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

The Court, on the Joint Motion for Voluntary Dismissal and Permanent Injunction and considering itself fully advised;

HEREBY DISMISSES THIS ACTION WITH PREJUDICE, each party to bear its own attorney fees and costs.

Dated January 4, 2006, at Denver, Colorado.

By:   s/_Robert E. Blackburn_____
      Robert E. Blackburn
      United States District Court Judge

05-cv-01585_BabolatTennisSpotProposedOrderDismissalPrejudice.doc